# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *<br>**RAINMAKERS STRATEGIC SOLUTIONS, LLC,**<br>       Protestor,<br>v.<br>**UNITED STATES,**<br>       Defendant,<br>**NOVAK BIRCH, INC.,**<br>       Defendant-Intervenor.<br>* * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  No. 17-110<br>*  Filed: April 11, 2017<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## O R D E R

The court is in receipt of the April 11, 2017 joint stipulation of dismissal with prejudice in the above-captioned bid protest. According to defendant, the government will take corrective action, which includes terminating the contract award to defendant-intervenor, Novak Birch. Therefore, pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, the claims in the above-captioned bid protest are **DISMISSED**, with prejudice. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

If, after the corrective action, either protestor or defendant-intervenor files a related suit again in this court, the Clerk's Office shall assign the protest to the undersigned and waive the filing fee. Any such protest shall reference on the front of the new protest that it is related to the above-captioned bid protest.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
